William Scott DAVIS, Jr.,
Plaintiff–Appellant,

v.

TOWN OF CARY NORTH CAROLINA; Harold Weinbrecht, Mayor; State of North Carolina; Wake County Public School System; Patti Head; North Carolina Department of Health & Human Services Wake County Human Services; Albert Singer, Wake County North Carolina County Attorney; Triangle Family Services; Miles Wright, Interim CEO, Defendants–Appellees.

William Scott Davis, Jr.,
Plaintiff–Appellant,

v.

Scott L. Wilkinson, Defendant–
Appellee.

Wake County Human Services,
Plaintiff–Appellee,

v.

William Scott Davis, Jr., Defendant–
Appellant.

William Scott Davis, Jr., and (a minor) J.F.D., Plaintiff–Appellant,

v.

Monica M. Bousman, individually and as Juvenile State Court Judge North Carolina, Wake County; Erick Chasse, individually and as a Juvenile State Court Judge, North Carolina, Wake County; James Fullwood, individually and a Juvenile State Court Judge, North Carolina, Wake County; Robert B. Radar, individually and as a Juvenile State Court Judge, North Carolina, Wake County 10th Judicial District, Chief District Judge; Margaret Eagles, individually and a Juvenile of the State of North Carolina, 10th Judicial District; Beverly Purdue, individually and as Governor of the State of North Carolina; John C. Martin, individually and a Chief Judge of the North Carolina Court of Appeals and Chief of the N.C. Judicial Standards Commission, Defendants–Appellees.

Nos. 15–2275, 15–2276, 15–2277, 15–2278.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: Feb. 29, 2016.

William Scott Davis, Jr., Appellant Pro Se.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, William Scott Davis, Jr., appeals the district court's order denying his motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. Town of Cary*, No. 5:08–cv–00176–BO (E.D.N.C. filed Aug. 19, 2015 & entered Aug. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in

202

the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*